UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

In re:                                                )         Chapter 13
                                                      )
                                                      )         Case No: 22-50024
MICHAEL  JAMES GARVEY      )
         Debtor                            )
_____ )

FILED
U.S. Bankruptcy Court, NCW

MAR - 1 2022

Steven T. Salata, Clerk
Charlotte Division/GAA

## MOTION FOR EXTENSION OF TIME TO FILE REQUISITE FORMS
## DUE TO UNUSUAL CIRCUMSTANCES

Comes now debtor Garvey drafting pro se while debilitated in Johnson Tennessee Veterans hospital. (mountain home) and moves the Court for a unusual extension of time to file requisite forms.

On February 11th 2022, Garvey was forced to travel to Charlotte, North Carolina to file a Bankruptcy case to protect his interest in his property from a pending foreclose sale.

Shortly thereafter Garvey noticed the severity of the infection of his right foot. Garvey was informed by Dr. Pendergrass his wound care doctor that his foot needed immediate attention.

On February 17th 2022 at approximately 1:00 pm   Garvey was checked into the Veteran Hospital in Johnson City Tennessee and was given an antibiotic drip process.

At present Garvey has been informed that he is in grave danger of having his right foot amputated. Due to Garveys mental status in reference to the urgent circumstances at present including the grave possibility of the removal of Garvey right foot, Garvey is at the mercy of the court.

Garvey prays that this Honorable Court would grant him an extension of time to file the requisite forms and time to continue to seek counsel.

Garvey has been is communication with several attorneys to get representation, including Christiana Collier, who has taken over the clients of now decease Beth Carter who was Garvey previous attorney.

Garvey plans to stay in communications with the Clerk's office while in the hospital and under the doctors care, as he continues to seek counsel for the Bankruptcy case, and also focus on his physical needs to not have his foot amputated.

Page **1** of **2**
Certified Mail # 7020 0640 0001 9861 5357   ORDER FOR MOTION FOR EXPANSION OF TIME DUE TO UNUSUAL CIRCUMSTANCES TO FILE REQUISITE FORMS

In view of the foregoing, Garvey implores this Honorable Count to grant this motion for a 30 day extension of time or whatever the court will grant, past the release date from the Veterans Hospital in Johnson City Tennessee. Garvey comes in honor and plans to follow court procedures in the Bankruptcy filing process to protect his rights under the Bankruptcy Laws.

Respectfully submitted,

p.p. *[signature]*

Michael J. Garvey
330 Walter Godbey Road
West Jefferson, N.C. 28694
336 877 6298

Certified Mail # 7020 0640 0001 9861 5357    **ORDER** FOR MOTION FOR EXPANSION OF TIME DUE TO UNUSUAL CIRCUMSTANCES TO FILE REQUISITE FORMS